**STATE of Maine**

v.

**Richard PROVENCHER**

Supreme Judicial Court of Maine.

Argued Nov. 17, 1987.

Decided Feb. 4, 1988.

Mary Tousignant, Dist. Atty., Anne Jordan, (orally), Asst. Dist. Atty., Alfred, for plaintiff.

Thomas VanHouten (orally), Wood & VanHouten, Sanford, for defendant.

Before NICHOLS, ROBERTS, WATHEN, GLASSMAN, SCOLNIK and CLIFFORD, JJ.

### MEMORANDUM OF DECISION.

By his appeal from his conviction in the Superior Court (York County) of trafficking in cocaine, 17-A M.R.S.A. § 1103, the

Defendant, Richard Provencher, asserts for the first time that the court erred in its instructions on entrapment and in not ordering a pre-sentence investigation and report as a prerequisite to his sentencing.

Our review of the record discloses the instruction was proper, *State v. Turner*, 495 A.2d 1211, 1213 (Me.1985), and the court did not err in determining not to order a pre-sentence investigation and report. M.R.Crim.P. 32(c)(1).

The entry is:

Judgment affirmed.

All concurring.